(May 19, 1977)

■ HENRY BOOK et al., Respondents, v MANLIO S. SEVERINO et al., Appellants.—Order, Supreme Court, Bronx County, entered on September 18, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Lane, JJ.

■ TRINA T. SMITH, Respondent, v ROBERT W. SMITH, Appellant.—Judgment, Supreme Court, Bronx County, entered on November 16, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by Cotton, J., at Special Term. Concur—Kupferman, J. P., Evans, Capozzoli, Lane and Yesawich, JJ.

■ LIBBY MURRAY, Respondent, v BRITISH OVERSEAS AIRWAYS CORPORATION et al., Appellants.—Order, Appellate Term, Supreme Court, First Department, entered on December 20, 1976, and order of the Civil Court of the City of New York, County of New York, entered on June 30, 1976, unanimously reversed, on the law, and the defendants' motion for summary judgment granted, and the complaint dismissed, without costs and without disbursements, on the dissenting opinion of Gellinoff, J., at the Appellate Term. Concur—Birns, J. P., Silverman, Evans and Capozzoli, JJ.

■ JANICE BLOCH, Appellant, v TRAVELERS INSURANCE Co., Respondent. —Order, Supreme Court, New York County, entered on July 16, 1976, unanimously affirmed on the opinion of Fraiman, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Lupiano and Lane, JJ.

■ SYLVIA M. DAVIDSON, Respondent, v WILLIAM J. DAVIDSON, Appellant.—Order and judgment, Supreme Court, New York County, entered on August 5 and August 18, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Lupiano and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILDA SIERRA, Appellant.—Judgment, Supreme Court, New York County, rendered on January 9, 1975, unanimously affirmed. The case is remanded to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Silverman and Lane, JJ.